**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AFZAL KHAN,

Defendant.

Case No.: 2:24-cr-00088-GMN-NJK

**AMENDED[1] ORDER ON MOTION FOR CLARIFICATION**

Pending before the Court is the Motion for Clarification, (ECF No. 19), filed by Defendant Afzal Khan. The Court grants the Motion for Clarification, but takes no position as to whether Defendant can run for Congress. The Court has now approved the Request for Modification to Conditions of Supervision, (ECF No. 20), which provides clarification about what Defendant is required to do to comply with his conditions of supervision.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Clarification, (ECF No. 19), is **GRANTED.**

**IT IS FURTHER ORDERED** that the prior Order on Motion for Clarification, (ECF No. 22), is **STRIKEN.**

**DATED** this 29 day of May, 2025.

Gloria M. Navarro, District Judge
United States District Court

[1] This Order has been revised to include the correct docket number for the Motion for Clarification, which was listed incorrectly in the previous Order.